IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

YVONNE M. DEMARCE                                                                                          PLAINTIFF

V.                                                                         CIVIL ACTION NO.: 2:12-CV-34-SA-SAA

ROBINSON PROPERTY GROUP
CORPORATION                                                                                               DEFENDANT

ORDER GRANTING SUMMARY JUDGMENT

For the reasons set forth in a Memorandum Opinion entered this day, Defendant's Motion for Summary Judgment [54] is GRANTED, Defendant's Unopposed Motion for Leave to File Excess Pages [62] is GRANTED, Defendant's Motion to Strike [63] is found MOOT, and Plaintiff's Motion to Amend or Correct [66] is also found MOOT. Further, based on the agreement of counsel, the Clerk of Court is directed to remove the public access restrictions to the following documents: Motion for Summary Judgment [54]; Exhibit B [Attachment 2 to Document 54]; Exhibit C [Attachment 3 to Document 54]; Exhibit D [Attachment 4 to Document 54]; Exhibit E [Attachment 5 to Document 54]; Exhibit F [Attachment 6 to Document 54]; Exhibit G [Attachment 7 to Document 54]; Exhibit H [Attachment 8 to Document 54]; Memorandum in Support [55]; Exhibit 2, Part 1[Attachment 1 to Document 72]. Judgment being hereby entered in favor of Defendant, this case is CLOSED.

SO ORDERED AND ADJUDGED, this the 12th day of December, 2013.

/s/ Sharion Aycock
**U.S. DISTRICT JUDGE**